PROB 12C
(7/93)

Report Date: December 10, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eriberto Valdez | Case Number: 0980 2:12CR06042-001 |
| Address of Offender: ▓▓▓▓▓ th ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: April 5, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 39 months; TSR - 36 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/22/2015, and 12/1/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Eriberto Valdez is considered to be in violation of his supervised release by committing the offense of resisting arrest on or prior to December 9, 2015. |
| | According to officers with the U.S. Marshals Service and Kennewick Police Department, an attempt was made to contact the defendant at an apartment in Kennewick on the evening of December 8, 2015. As the defendant had a federal warrant, officers positioned themselves to observe the residence and contact was made. Over the next several hours a stand off ensued and individuals would come out of the residence on an individual basis and surrender to the officers. As time passed, the defendant peered out of a window and was observed by an officer. The defendant then climbed out of the first floor window and attempted to run. He was immediately seized by an officer, but continued to try and get away. A second officer deployed a tazer and the defendant was subdued. |
| | The defendant was charged in Benton County District Court with one count of resisting arrest under case number 5Z1129297. The defendant was taken to the Benton County Jail on the federal warrant. |

Prob12C
**Re: Valdez, Eriberto**
**December 10, 2015**
**Page 2**

10 **Special Condition # 1**: You shall not associate with known criminal street gang members or their affiliates.

**Supporting Evidence**: As noted above, the defendant was contacted at a residence in Kennewick on December 8, 2015, due to a federal bench warrant being issued. The apartment was the residence of Kendrick Serratos who is a documented norteno gang member. This is the same gang the defendant affiliates with.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/10/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/10/2015
Date