PROB 12C
(6/16)

Report Date: January 6, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eriberto Valdez      Case Number: 0980 2:12CR06042-SMJ-1

Address of Offender:      Royal City, Washington 99357

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: April 5, 2013

Original Offense:      Possession of Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 39 months; TSR - 36 months      Type of Supervision: Supervised Release

Revocation Sentence: May 6, 2016      Prison - 12 months: TSR 24 months

Asst. U.S. Attorney:      Shawn N. Anderson      Date Supervision Commenced: December 2, 2016

Defense Attorney:      Alex B. Hernandez, III      Date Supervision Expires: December 1, 2018

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: The defendant was directed to report in person to the Richland probation office the first Tuesday of each month. On January 3, 2017, the defendant failed to report as directed. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: After failing to report on January 3, 2017, a text message was sent to the defendant directing him to report by noon on January 5, 2017. Once again, the defendant failed to report or contact the probation office. |

Prob12C
**Re: Valdez, Eriberto**
**January 6, 2017**
Page 2

    3    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: On December 7, 2016, the defendant reported after releasing from custody with the Bureau of Prisons. He had no approved living arrangements and noted he had a friend in Royal City, Washington, who would allow him to stay there until he could secure housing in the Tri City area. The defendant was advised he needed to stay at the address unless he provided a new one to be approved.

        On December 22, 2016, the defendant reported to the probation office in Richland and stated he was going to stay in Royal City but was working on housing. On January 2, 2017, the defendant was contacted by police at Trios Hospital in Kennewick after receiving a gunshot wound to his leg. It was noted contact was made just after midnight and the defendant left the hospital a short time later against the advise of doctors. As noted above, the defendant then failed to report as directed on two occasions and his whereabouts are unknown.

    4    **Standard Condition #12:** The defendant shall notify the probation officer within seventh-two hours being arrested or questioned by a law enforcement officer.

        **Supporting Evidence**: On January 2, 2017, the defendant was contacted at Trios Hospital by officers with the Kennewick Police Department in relation to a gunshot wound to his leg. The Officers obtained information from the defendant and took photos of the wound. The defendant later left the hospital and has failed to notify probation about the contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 6, 2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

01/06/2017
Date