PROB 12C  
(6/16)

Report Date: October 19, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eriberto Valdez                     Case Number: 0980 2:12CR06042-SMJ-1

Address of Offender:                         Royal City, Washington 99357

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: April 5, 2013

| | |
|---|---|
| Original Offense: | Possession of Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison- 39 months; TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence: May 6, 2016 | Prison -12 months; TSR - 24 months |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Defense Attorney: | Alex B. Hernandez, III |

Date Supervision Commenced: December 2, 2016  
Date Supervision Expires: December 1, 2018

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/06/2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of battery on a protected person on or prior to September 9, 2017.<br><br>On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not commit any criminal activity while on supervised release.<br><br>On September 9, 2017, an officer with the North Las Vegas Police Department contacted the offender after he had exited a vehicle and left it impeding traffic. The officer attempted to |

Prob12C
Re: Valdez, Eriberto
October 19, 2017
Page 2

speak with the offender and identify who he was. The offender refused to comply with the officer's directions and began placing his hands in his pockets. When the officer attempted to detain the offender, he pulled away and began to run. The officer took the offender to the ground and advised he was under arrest. The offender then began fighting with the officer. The officer noted the offender moved his hands toward his issued firearm and he had to counter the offender to keep him from obtaining the firearm. It was further noted the offender placed the officer in a choke hold and again had to be counter punched to loosen the hold on the officer. The altercation continued until the officer was able to utilize several blows which caused the offender to give up. The offender was held at gunpoint until additional officers arrived. The arresting officer had to be transported to a local hospital due to a head injury sustained during the altercation. Medical staff determined the officer had sustained a concussion and it was recommended he remain off duty for several days.

The offender was arrested and taken to the Las Vegas City Jail where he remains in custody under case number 17-FN-1925X.

6   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of resisting a public officer on or prior to September 9, 2017.

On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not commit any criminal activity while on supervised release.

As noted in violation number 5, the offender refused to comply with the contacting officers direction and attempted to flee and fight the officer. The offender was arrested and taken to the Las Vegas City Jail where he remains in custody under case number 17-FN-1925X.

7   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of carrying a concealed gun without a permit on or prior to September 9, 2017.

On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not commit any criminal activity while on supervised release. He also signed the Notice of Firearms Disabilities which advised the offender he was prohibited from possessing, receiving, shipping, or transporting a firearm. Furthermore, by signing he acknowledged he understood this was a restriction for life on every type of handgun, shotgun, and rifle.

As noted in violation number 5, the offender was arrested after an altercation with law enforcement. After being taken into custody a search was completed on the backpack he had been wearing. Inside the backpack a two-tone black/silver Springfield Armory XDM9 9mm handgun was located. The firearm had 17 9 mm rounds in the magazine which was removed

|   |   |
|---|---|
| 8 | from the firearm.<br><br>The offender was arrested and taken to the Las Vegas City Jail where he remains in custody under case number 17-FN-1925X.<br><br>**Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of possession of stolen property on or prior to September 9, 2017.<br><br>On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not commit any criminal activity while on supervised release.<br><br>As noted in violation number 7, the offender was found to be in possession of a firearm. Officers were able to confirm the firearm was stolen.<br><br>The offender was arrested and taken to the Las Vegas City Jail where he remains in custody under case number 17-FN-1925X. |
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of possession of drug paraphernalia on or prior to September 9, 2017.<br><br>On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not commit any criminal activity while on supervised release.<br><br>As noted in violation number 5, after the offender was taken into custody, a search of his person returned a pipe with a crystalized substance which was located in his pocket. The pipe was suspected as being one commonly used for smoking methamphetamine. The offender stated he had not smoked methamphetamine in two days.<br><br>The offender was arrested and taken to the Las Vegas City Jail where he remains in custody under case number 17-FN-1925X. |
| 10 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by leaving the Eastern District of Washington without prior approval. |

Prob12C
Re: Valdez, Eriberto
October 19, 2017
Page 4

On December 7, 2016, the offender signed his Conditions of Probation and Supervised Release form stating he understood he could not leave Eastern Washington without prior approval. The offender was also provided with the district's map which included all counties and cities he could travel within.

As noted in violation number 5, the offender was located, and arrested, in Las Vegas, Nevada, on September 9, 2017. The offender had not obtained prior permission to leave the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/19/2017

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/19/2017
Date